AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location: NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**

8 U.S.C. §1282(c) - Violation of conditional permit to land temporarily

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

DEFENDANT - U.S. : TARIQ MAHMOOD

DISTRICT COURT NUMBER: CR 07 0511

**PENALTY:**
Maximum Prison Term 6 months
Maximum Fine $5,000
Mandatory Special Assessment $10

[Stamp: 07 AUG -3 PM 12:04 RICHARD W. WIEKING U.S. DISTRICT COURT N. DIST. OF CA]
[E-filing] [MAG]

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)

Immigration and Customs Enforcement, Department of Homeland Security

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO. 3-07-70079 MEJ

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☑ Yes ☐ No
If "Yes" give date filed 2/1/2007

DATE OF ARREST: 2/26/2007
Or... if Arresting Agency & Warrant were not
Month/Day/Year
DATE TRANSFERRED TO U.S. CUSTODY

Name and Office of Person Furnishing Information on THIS FORM: SCOTT N. SCHOOLS
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): DEREK R. OWENS

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3
4
5
6
7
8
9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA                    MAG
11                  SAN FRANCISCO DIVISION
12
13 | UNITED STATES OF AMERICA,         )  CR No. 07    0511
                                       )
14 |     Plaintiff,                    )  VIOLATION: Title 8, United States Code,
                                       )  Section 1282(c) – Violation of conditional
15 | v.                                )  permit to land temporarily (Class B
                                       )  Misdemeanor)
16 | TARIQ MAHMOOD,                    )
                                       )
17 |     Defendant.                    )  SAN FRANCISCO VENUE
                                       )
18                                     )
                                       )
19 |_____)

20                          INFORMATION

21 The United States Attorney charges:

22     On or about November 23, 2000, in the Northern District of California, the defendant,

23                          TARIQ MAHMOOD,

24 willfully remained in the United States as an alien crewman in excess of the number of days

25 allowed in a conditional permit under Title 8, United States Code, Section 1282(a), in

26 \\

27 \\

28 \\

INFORMATION

1 | violation of Title 8, United States Code, Section 1282(c), a Class B Misdemeanor.

4 | DATED: 8/1/2007

SCOTT N. SCHOOLS
United States Attorney

IOANA PETROU
Chief, Major Crimes Section

9 | (Approved as to form: _____ )
DEREK R. OWENS
Assistant United States Attorney

INFORMATION