UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA et al, <br><br>             Plaintiff, <br><br>    v. <br><br> TARIQ MAHMOOD et al, <br><br>             Defendant._____ / | Case Number: CR07-00511 MAG <br><br> **CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 9, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alan A. Dressler
633 Battery St., Ste 635
San Francisco, CA 94111

Dated: August 9, 2007

*Karen L. Hom*

Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk